# United States District Court

WESTERN DISTRICT OF WASHINGTON

SECURITIES AND EXCHANGE COMMISSION,

      v.

JOSEPH C. LAVIN, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-1188RSL

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court GRANTS the SEC's motion for summary judgment.

July 17, 2008

BRUCE RIFKIN  
Clerk

s/Rhonda Stiles  
By, Deputy Clerk